*FILED - SOUTHERN DIVISION*
*CLERK, U.S. DISTRICT COURT*

**JUN 22 2012**

*CENTRAL DISTRICT OF CALIFORNIA*
*BY ___ DEPUTY*

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| VASILIS FOTIOU SAKELLARIDIS,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, Corcoran State Prison,<br><br>Respondent. | Case No. EDCV 12-00464 ODW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: June 21, 2012

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

*ENTERED - SOUTHERN DIVISION*
*CLERK, U.S. DISTRICT COURT*

**JUN 22 2012**

*CENTRAL DISTRICT OF CALIFORNIA*
*BY ___ DEPUTY*